**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL CHRISTOPHER REED, | : No. 17 MM 2018 |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| MARK GARMAN, SUPERINTENDENT, AND COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, | : |
| | : |
| Respondents | : |

**ORDER**


**PER CURIAM**

   **AND NOW**, this 27th day of March, 2018, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.